December 21, 2007

Mr. L. Frank Oliver
Oliver & Oliver, P.C.
P.O. Box 489
Austin, TX 78767-0489

Ms. Rebekah Marie Geistweidt
Geistweidt Law Firm
P.O. Box 1909
Mason, TX 76856

Mr. Lindsay Lee Lambert
Hughes Watters & Askanase, L.L.P.
333 Clay, 29th Floor
Houston, TX 77002

Mr. A. Gerald Geistweidt
Geistweidt & Whitworth, P.C.
P.O. Box 1909
Mason, TX 76856
RE: Case Number: 06-1016
 Court of Appeals Number: 04-05-00548-CV
 Trial Court Number: 14638

Style: LASALLE BANK NATIONAL ASSOCIATION, A/K/A LASALLE NATIONAL BANK,
 AS TRUSTEE AND LASALLE NATIONAL BANK, AS TRUSTEE UNDER THE POOLING AND
 SERVICING AGREEMENT DATED JUNE 1, 1999, SERIES 1999-2
 v.
 LORAE WHITE AND GERALD GEISTWEIDT

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Beatrice |
| |Langehennig |
| |Mrs. Patricia Otto |
| |Mr. Andrew P. |
| |Speicher |
| |Mr. Paul D. Pruitt |
| |Mr. Walter S. Fortney|
| | |
| |Mr. Keith Hottle |